GOODHUE LIVINGSTON, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued March 24, 1937; decided April 27, 1937.

*Paul Windels,* Corporation Counsel (*Seymour B. Quel* and *Paxton Blair* of counsel), for appellant.

*William F. Wund* and *Allen Moss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.